UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD V. WATKINS, SR.,<br><br>Defendant. | No. 2:23-cr-00024-DAD<br><br>ORDER DENYING DEFENDANT'S REQUEST FOR UNSEALING OF DOCUMENTS AND RETURN OF PASSPORT<br><br>(Doc. No. 4) |

On July 24, 2023, this court entered an order denying defendant Donald V. Watkins, Sr.'s motion for permission to utilize this court's CM/ECF filing system. (Doc. No. 5.) In that order the court also directed the U.S. Attorney's Office of this district to file a response to defendant's request seeking an order from this court, to which jurisdiction over defendant's term of supervised release had been transferred, to unseal documents filed under seal in his underlying criminal trial in the Northern District of Alabama and requiring the return of his passport which he surrendered to the Clerk of that Court. In doing so, the undersigned expressed skepticism that this court was the appropriate forum in which to resolve defendant's motions to unseal documents and for return of his passport. (*Id.* at 2-3) (citing *United States v. Cottom*, 6:15-cr-06054-EAW, 6:21-cr-06067-EAW, 2021 WL 3046643, at *3 (W.D.N.Y. July 20, 2021)).

On August 3, 2023, the government filed its opposition to the remaining aspects of defendant's pending motion. (Doc. No. 7.) Defendant Watkins has not filed a reply to that

1   opposition.  The government contends that 18 U.S.C. § 3605 governs the scope of this court's
2   jurisdiction over defendant Watkins following the transfer of jurisdiction in connection with the
3   service of his term of supervised release.  (*Id*. at 1–2.)   As noted by the government, § 3605
4   represents a limited grant of authority to the transferee court which does not include the authority
5   to grant the relief defendant seeks—the unsealing of documents filed under seal at his trial and
6   the return of his passport.  (*Id*. at 2) (citing cases).  Rather, the U.S. District Court for the
7   Northern District of Alabama is the appropriate court in which defendant should seek such relief.

   For the reasons explained above, defendant's motion to unseal documents and for the
return of his passport (Doc. No. 4) is denied without prejudice to him seeking such relief in Case
No. 2:18-cr-166 KOB-JEO (N.D. Ala.).  The Clerk of this Court is directed to close this case,
subject to its reopening should that become appropriate.

   IT IS SO ORDERED.

Dated:  __**August 17, 2023**__                              _____
                                                             UNITED STATES DISTRICT JUDGE